UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH E. BERRY,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF TACOMA, et al.,<br><br>  Defendants. | CASE NO. C10-5711RJB/JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ADD WITNESSES |

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.

The matter is before the court on plaintiff's motion to "add a witness." (ECF No. 20). Review of the motion discloses that plaintiff is actually trying to add two defendants to this action. Plaintiff has not filed a motion to file an amended complaint or a proposed amended complaint. Further, he provides no facts showing why either of the persons he wishes to add as defendants are properly parties to this action. The motion is DENIED.

DATED this 14th day of February, 2011.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER - 1