1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH E. BERRY,

           Plaintiff,

      v.

CITY OF TACOMA, et al.,

           Defendants.

CASE NO.  C10-5711RJB/JRC

ORDER DENYING PLAINTIFF'S
MOTIONS

       This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

       The matter is before the court on plaintiff's motion to "amend complaint." (ECF No. 24). Review of the motion discloses that plaintiff is actually trying to add two defendants to this action.  Plaintiff has not filed a proposed amended complaint.  Further, the discovery cut-off date in this action is only days away (ECF No. 14).  The motion is DENIED.

       The second matter before the court is "request for an extension" (ECF No. 26).  Although plaintiff asks for a thirty-day extension of time, he does not inform the court what date or

ORDER - 1

1 | deadline he wishes the court to extend. The court will not guess as to plaintiff's intentions and

2 | the motion is DENIED.

3 |      DATED this 29th day of March, 2011.

4

5

6 | J. Richard Creatura

7 | United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2