UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH E. BERRY,

            Plaintiff,

    v.

CITY OF TACOMA, et al.,

            Defendants.

CASE NO. C10-5711RJB/JRC

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

      This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

      Before the court is plaintiff's motion to compel (ECF No. 30). Plaintiff is asking the court to force defense counsel to provide copies of documents that plaintiff may obtain directly from the county clerk of court. Plaintiff complains that he does not have "the means to do so." He alleges that he needs a copy of the dismissal form, continuance form, motions filed, and review from "WSH" (ECF No. 30).

ORDER - 1

Plaintiff has the ability to request a copy of the documents himself. A letter to the superior court clerk with the cause number and the documents requested, along with payment for the copies is all that should be required. Pro se status does not relieve a plaintiff of all the costs of litigation such as discovery. Therefore, the court will not require defendants to pay for copying documents that are readily available to plaintiff by other means.

The motion is DENIED.

DATED this 12th day of April, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2