1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

KEITH BERRY,

8                                    Plaintiffs,

9                  v.

10   THE CITY OF TACOMA AND PIERCE
     COUNTY,

11

12                                    Defendants.

Case No. C10-5711RJB/JRC

ORDER ADOPTING A REPORT AND
RECOMMENDATION

13        The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

14   Richard Creatura, objections to the Report and Recommendation, if any, and the remaining

15   record, does hereby find and ORDER:

16        1.        The Court adopts the Report and Recommendation (Dkt. 43);

17
     2.        Defendant's motion for summary judgment (Dkt. 36) is GRANTED.
18             Defendants are not liable for the alleged acts of assigned counsel, or for
               the actions of employees when no unconstitutional custom or policy has
19             been shown;

20        3.        In forma pauperis status on appeal is revoked; and

21
     4.        The Clerk is directed to send a copy of this Order to plaintiff, and to the
22             Hon. J. Richard Creatura.

23        DATED this 19th day of July, 2011.

24

25
     _____
26   ROBERT J. BRYAN
     United States District Judge

ORDER - 1